No. 11–6980.  HERNANDEZ v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–6981.  HAYES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6983.  HACK v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6985.  FALLS v. FONDREN, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 11–6987.  GJURAJ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–6988.  FILTER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–6989.  ISRAEL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–6990.  GRAVELY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 11–6991.  GARNETT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–6992.  GRAY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6993.  HAYNES v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 5th Cir.  Certiorari denied.

No. 11–6996.  KRYLOV v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–6997.  JOHNSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–6998.  MCLEAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

